**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Anwar M. Abdi, | Civil No. 12-2010 (RHK/JJG) |
| Plaintiff, | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| Assistant Chief Timothy Dolan, R.T. Rybak, William Palmer, Mark Dayton, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

2. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

3. This action is summarily **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 18, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge